# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2017

155880-2

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

LEVERT LYONS,
        Plaintiff-Appellee,

v

SCOTT C. KINSEL, JEFFREY D. HUNT, and
MOORE LANDREY, LLP,
        Defendants-Appellants,
and

JOHN P. COWART, TARA J. WILLIAMS, and
LAW OFFICES OF JAMES SCOTT FARRIN,
        Defendants-Appellees,
and

ETHAN L. SHAW, SHAW COWART, LLP, J.
THOMAS RHODES, III, FILEMON B. VELA, JR.,
RHODES & VELA, GORDON T. CAREY, JR., and
GORDON T. CAREY JR., PC,
        Defendants.

SC: 155880-2
COA: 329584, 329597, 329607
Wayne CC: 15-001381-NM

_____/

On order of the Court, the application for leave to appeal the April 25, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2017



Clerk

t1213